PHILLIP A. TALBERT
United States Attorney
PATRICK J. SUTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN BRUCE CLAUER,<br><br>    Defendants. | CASE NO. 2:17-CV-01933-WBS-AC<br><br>**[Proposed] ORDER GRANTING UNITED STATES' *EX PARTE* APPLICATION FOR PREJUDGMENT WRIT OF GARNISHMENT** |

The Court, having reviewed Plaintiff United States' *Ex Parte* Application for Prejudgment Writ of Garnishment (DE-2), Complaint to recover the Department of Veterans Affairs service-connected disability benefit overpayments (DE-1), and all related documents, and finding good cause therefrom, hereby GRANTS the Application. ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Plaintiff United States' *Ex Parte* Application for Prejudgment Writ of Garnishment is hereby granted.

2. The Clerk of the Court is directed to issue the Prejudgment Writs of Garnishment, which attached to the United States' *Ex Parte* Application for Prejudgment Writ of Garnishment as Exhibits A and B.

3. Following issuance of the Prejudgment Writ of Garnishment by the Clerk of the Court and upon service thereof, Garnishee California Department of Corrections is ordered to freeze

Defendant John Bruce Clauer's inmate trust account located at Mule Creek State Prison until further order from this Court.

4. Following issuance of the Writ of Garnishment by the Clerk of the Court and upon service thereof, Garnishee Wells Fargo Bank is ordered to freeze Defendant John Bruce Clauer's accounts until further order from this Court.

DATED: September 21, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE