UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN BRUCE CLAUER,<br><br>    Defendants. | No. 2:17-cv-01933 WBS AC (PS)<br><br><br>ORDER |

Defendant is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). Defendant also appears to be presently incarcerated. On November 3, 2017, plaintiff filed a motion for default judgment. ECF No. 19. The court previously ordered defendant to file an opposition by December 7, 2017, at which time the motion would be taken under submission. ECF No. 20. Defendant submitted an opposition on December 5, 2017. ECF No. 21. In light of defendant's opposition, the court will provide plaintiff seven (7) days from the date of this order to file a reply brief, if it wishes to do so.

    IT IS SO ORDERED.

DATED: December 7, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE