IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CV-01933-WBS-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE PRETRIAL STATUS CONFERENCE** |
| JOHN BRUCE CLAUER, | |
| Defendant. | |

Pending before this court is an *Ex Parte* Application to continue the pretrial status conference. Additional time is needed to meet with the Defendant who is located in state custody.

Accordingly, THE COURT HEREBY ORDERS that:

1. The pretrial status conference is continued until March 12, 2018 at 1:30 p.m. All attendant pre-conference dates are continued accordingly. A Joint Status Report shall be filed no later than February 26, 2018.

IT IS SO ORDERED.

Dated: January 11, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE