IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JOHN BRUCE CLAUER,<br><br>                    Defendant. | CASE NO. 2:17-CV-01933-WBS-AC<br><br>**[Proposed] ORDER TO CONTINUE PRETRIAL STATUS CONFERENCE** |

     Pending before this court is an *Ex Parte* Application to continue the pretrial status conference. Additional time is needed to meet with the Defendant who is located in state custody.

     Accordingly, THE COURT HEREBY ORDERS that:

     1.    The pretrial status conference is continued until March 14, 2018 at 10:00 a.m. All attendant pre-conference dates are continued accordingly.

IT IS SO ORDERED.

DATED: January 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO CONTINUE PRETRIAL STATUS CONFERENCE