UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-01933 WBS-AC |
| Plaintiff, | |
| v. | ORDER |
| JOHN BRUCE CLAUER, | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On December 28, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 24. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 28, 2017, are adopted in full;
2. The Clerk's Entry of Default (ECF No. 18) is VACATED and SET ASIDE;
3. Plaintiff's motion for default judgment (ECF No. 19) is DENIED; and

1

4. Defendant shall file a response to the Complaint within 20 days from the date this Order is filed.

Dated: February 21, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Clau1933.801